In re:                                                              Case No. 16-00207-RNO
Leroy Robert Lower                                                  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1         User: MMchugh          Page 1 of 2           Date Rcvd: Oct 20, 2017
                             Form ID: ordsmiss      Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 22, 2017.
```
db             #+Leroy Robert Lower,   PO Box 17,    Berrysburg, PA 17005-0017
cr              +Ditech Financial LLC FKA Green Tree Servicing, LLC,    14841 Dallas Parkway, Suite 300,
                  DALLAS, TX 75254-7883
4743082         +GREEN TREE SERVICING LLC (BK CORRESPOND),    PO BOX 6154,   RAPID CITY, SD 57709-6154
4743084         +KML LAW GROUP PC,   SUITE 5000 - BNY INDEPENDENCE CENTER,    701 MARKET STREET,
                  PHILADELPHIA, PA 19106-1538
4754831         +Porania LLC,   P. O. Box 11405,    Memphis TN 38111-0405
4792848         +Porania LLC,   c/o Biltmore Asset Management,    24500 Center Ridge Rd Ste 472,
                  Westlake, OH 44145-5605
4743085         +UNEMPLOYMENT COMP OVERPAYMENT MATTERS,    DEPT OF LABOR AND INDUSTRY,    OFICE OF CHIEF COUNSEL,
                  651 BOAS STREET 10TH FLOOR,    HARRISBURG, PA 17121-0751
4743086         +UNEMPLOYMENT COMP TAX MATTERS,    HARRISBURG CASES - OFF OF CHIEF COUNSEL,
                  DEPT OF LABOR & INDUSTRY,    651 BOAS STREET 10TH FLOOR,   HARRISBURG, PA 17121-0700
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr              +EDI: PRA.COM Oct 20 2017 18:53:00      PRA Receivables Management LLC,    PO Box 41067,
                  Norfolk, VA 23541-1067
4743078         +EDI: GMACFS.COM Oct 20 2017 18:53:00      ALLY,   PO BOX 130424,   ROSEVILLE, MN 55113-0004
4745791          EDI: GMACFS.COM Oct 20 2017 18:53:00      Ally Financial,    PO Box 130424,
                  Roseville MN 55113-0004
4743079         +E-mail/Text: dehartstaff@pamd13trustee.com Oct 20 2017 18:54:54       CHARLES J DEHART, III, ESQ.,
                  8125 ADAMS DRIVE STE A,    HUMMELSTOWN PA 17036-8625
4743080          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 20 2017 18:54:43       COMM OF PA DEPT OF REVENUE,
                  BUREAU OF COMPLIANCE,    PO BOX 280946,   HARRISBURG, PA 17128-0946
4743081         +E-mail/Text: bankruptcy.bnc@ditech.com Oct 20 2017 18:54:37       DITECH FINANCIAL LLC,
                  PO BOX 6172,   RAPID CITY, SD 57709-6172
4743083          EDI: IRS.COM Oct 20 2017 18:53:00      INTERNAL REVENUE SERVICE - CIO,    PO BOX 7346,
                  PHILADELPHIA, PA 19101-7346
4977120          EDI: PRA.COM Oct 20 2017 18:53:00      Portfolio Recovery Associates, LLC,    PO Box 41067,
                  Norfolk, VA 23541
4977121          EDI: PRA.COM Oct 20 2017 18:53:00      Portfolio Recovery Associates, LLC,    PO Box 41067,
                  Norfolk, VA 23541,    Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541
                                                                                               TOTAL: 9
```

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

---

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 22, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 20, 2017 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Dorothy L Mott    on behalf of Debtor 1 Leroy Robert Lower DorieMott@aol.com,
               KaraGendronECF@gmail.com;mottgendronlaw@gmail.com;bethsnyderecf@gmail.com
              Joshua I Goldman    on behalf of Creditor   Ditech Financial LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kara Katherine Gendron    on behalf of Debtor 1 Leroy Robert Lower karagendronecf@gmail.com,
               doriemott@aol.com;mottgendronlaw@gmail.com;bethsnyderecf@gmail.com
              Paul William Cressman    on behalf of Creditor   Ditech Financial LLC et. al. pamb@fedphe.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
　　　　　　Thomas I Puleo    on behalf of Creditor    Ditech Financial LLC tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
　　　　　　United States Trustee    ustpregion03.ha.ecf@usdoj.gov
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 7

Order Dismissing(Form ordsmiss) (11/14)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Leroy Robert Lower<br>**Debtor(s)** | Chapter 13 |
| | Case No. 1:16−bk−00207−RNO |

### Order

Upon consideration of the Motion to dismiss case and it having been determined after notice and opportunity for hearing, that the case should be dismissed, it is

**ORDERED** that the above−named case of the debtor(s) be and is hereby dismissed.

Dated: October 20, 2017

By the Court,

Honorable Robert N. Opel
United States Bankruptcy Judge
By: MMchugh, Deputy Clerk